**Order filed September 26, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00093-CV
_____

### IN RE TRACEY BISHOP, Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**311th District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2003-55818** |

## ORDER

On February 5, 2014, relator Tracey Bishop filed an amended petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the judge of 311th District Court of Harris County to vacate multiple orders in a suit affecting the parent-child relationship. On April 9, 2014, this court abated this original proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b) due to the resignation of the trial court judge who issued the challenged orders.

In the abatement order, we directed relator to advise this court of the status of the underlying litigation every thirty days from the date of the order until the respondent's successor has informed this court of the action taken upon reconsideration of the challenged orders. Relator has not filed a status update with this court since June 9, 2014, nor has this court been informed of any action by respondent's successor on the challenged orders.

Accordingly, we **ORDER** relator to file a letter with this court within 14 days of the date of this order explaining: (1) the current status of the underlying litigation; (2) whether the trial court has taken any action on the orders challenged in this original proceeding; and (3) whether relator presently intends to still seek relief by a writ of mandamus with respect to any of the challenged orders. If relator fails to file the letter required by this order, this court will consider dismissal of this original proceeding on its own motion for want of prosecution.

This court also will consider an appropriate motion filed by either party to reinstate or dismiss this original proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.

2